# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 13-00653SOM |
| CASE NAME: | USA v. |
| | (02) Siaosi Mafileo |
| | (03) Makusi Penitani |
| | (05) Michael Coleman |
| | (06) Jacob Faagai-Del Mundo |
| | (07) Michael Ngyuen |
| | (09) Keschan Taylor |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02) William M. Domingo |
| | (03) Salina K. Althof |
| | (05) Rustam A. Barbee |
| | (06) Victor J. Bakke |
| | (07) Michael Jay Green, Special Appearance |
| | (09) Gurmail G. Singh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 6/25/2013 | TIME: | 2:47-2:54pm |

COURT ACTION:  EP:  Initial Appearance; A & P to the Indictment as to Defendants 02, 03, 05, 06, 07, and 09 - defendants 02, 03, 05, 06, 07, and 09 present and all in custody.

Defendants 02, 03, 05, 06, and 09 sworn to the financial affidavits and requests for court appointed attorneys are granted:
(02) William M. Domingo is appointed as counsel for Defendant 02.
(03) Salina K. Althof is appointed as counsel for Defendant 03.
(05) Rustam A. Barbee is appointed as counsel for Defendant 05
(06) Victor J. Bakke is appointed as counsel for Defendant 06
(09) Gurmail G. Singh is appointed as counsel for Defendant 09

Michael Green making a Special Appearance today for Defendant (07) Michael Ngyuen.

Mr. Bakke informs the Court that (06) Jacob Mundo's name is "Jacob Del Mundo Faagai".

Charges received.  Defendants 02, 03, 05, 06, 07, and 09 waive public reading of the Indictment.  Pleas of Not Guilty entered as to Defendants 02, 03, 05, 06, 07, and 09.

Jury Selection/Trial: 8/27/13, 9:00am, Judge Mollway
Final Pretrial Conference: 7/29/13, 2:00pm, Judge Puglisi
Motions due: 7/16/13
Response due: 7/30/13

Detention Hearings:
(02) Siaosi Mafileo: 6/27/13, 1:30pm, Judge Chang
(03) Makusi Penitani, 6/28/13, 1:30pm, Judge Chang
(05) Michael Coleman: 6/26/13, 2:30pm, Judge Chang
(06) Jacob Faagai-Del Mundo: 6/28/13, 1:30pm, Judge Chang
(07) Michael Ngyuen: 6/28/13, 1:30pm, Judge Chang
(09) Keschan Taylor: 6/27/13, 1:30pm, Judge Chang

Defendants 02, 03, 05, 06, 07, and 09 remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager